**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALAN B. REICHARD,

    Plaintiff,                             No. C 05-2038 PJH

    v.                                    **ORDER**

AUTOMOTIVE MACHINISTS,

    Defendant.

_____/

    In light of the Ninth Circuit's recent decision in <u>Overstreet v. United Brotherhood of Carpenters and Joiners of America</u>, 2005 WL 1346720 (9th Cir., June 8, 2005), the parties are hereby invited to file supplemental briefing concerning the applicability of <u>Overstreet</u> to the court's recently-entered TRO in this case, if either party believes it to be necessary. The supplemental briefs, if any, shall be filed no later than June 24, 2005. The court will review any briefs filed and inform the parties if further briefing or oral argument is required.

    **IT IS SO ORDERED.**

Dated: June 10, 2005

                                                       PHYLLIS J. HAMILTON
                                                       United States District Judge